UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID SAINT REMY,

    Petitioner,

v.                                                    Case No. 3:26-cv-28-MMH-SJH

PAM BONDI, et al.,

    Respondents.

## ORDER

Petitioner David Saint Remy, an immigration detainee at Baker Correctional Institute, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus (Doc. 1; Petition) under 28 U.S.C. § 2241. Saint Remy argues that he is being detained in violation of Zadvydas v. Davis, 533 U.S. 678 (2001), and his Fifth Amendment right to due process. Id. at 8-9. He further asserts that "Respondents lack statutory authority to detain [him]." Id. at 9. As relief, Saint Remy asks the Court, inter alia, to order his immediate release. Id. at 10.

On January 12, 2026, the Court granted Saint Remy's request for a temporary restraining order, and enjoined Respondents from removing him from the Middle District of Florida through January 26, 2026. See Temporary Restraining Order (Doc. 6). The Court held a status hearing on January 13,

2026, during which the parties agreed to extend the temporary restraining order through February 20, 2026. The Court also ordered Respondents to file a response addressing whether the temporary restraining order should be converted to a preliminary injunction by 5:00 p.m. on January 30, 2026, and Saint Remy to file a reply by 2:00 p.m. on February 6, 2026. The Court then set a preliminary injunction hearing for February 12, 2026. See Fed. R. Civ. P. 65(b)(3).

Upon further consideration of the file, the Court will consolidate the preliminary injunction hearing with an adjudication of the Petition on the merits. See Fed. R. Civ. P. 65(a)(2) ("Before or after the beginning of the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."). Therefore, the hearing set for February 12, 2026, will be a hearing on whether a preliminary injunction should issue as well as a hearing on the merits of the Petition. Absent a request from the parties, the briefing schedule will remain unchanged.

Accordingly, it is

**ORDERED**:

1. With the consent of the parties, the Temporary Restraining Order (Doc. 6) is extended up to and including February 20, 2026.

2.   **No later than 5:00 p.m. on January 30, 2026**, Respondents must file a response addressing whether the temporary restraining order should be converted into a preliminary injunction. The response must also address the merits of the Petition.

3.   **No later than 2:00 p.m. on February 6, 2026**, Saint Remy may file a reply.

4.   A hearing is set for **February 12, 2026, at 10:00 a.m.**, in Courtroom 10B, Bryan Simpson United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202. At the hearing, the Court will consider whether a preliminary injunction should issue as well as the merits of the Petition. **David Saint Remy's presence is required at the February 12, 2026 hearing.**

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of January, 2026.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

JAX-3 1/14
c:
Counsel of record