UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID SAINT REMY,

        Petitioner,

v.                                      Case No. 3:26-cv-28-MMH-SJH

U.S. ATTY GENERAL PAM BONDI,
et al.,

        Respondents.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: UNITED STATES ATTORNEY PAM BONDI

TO: KRISTI L. NOEM

TO: ACTING DIRECTOR TODD M. LYONS

TO: GARRETT J. RIPA

TO: WARDEN OR OTHER INDIVIDUAL RESPONSIBLE FOR DETAINEES AT THE NORTH FLORIDA DETENTION CENTER, and

TO: ANY UNITED STATES MARSHAL

It appearing to the Court that David Saint Remy (A042-755-783), a material witness in this cause, is now confined at the North Florida Detention Center, 20706 U.S. Highway 90 West, Sanderson, Florida 32087, and that this case is set for a hearing before this Court at the **United States Courthouse,**

**300 N. Hogan St., Courtroom 10B, Jacksonville, Florida 32202, at 10 a.m. on February 12, 2026**, now therefore,

**THIS IS TO COMMAND**, United States Attorney Pam Bondi, Kristi L. Noem, Acting Director Todd M. Lyons, Garrett J. Ripa, and Warden or other individual responsible for detainees at the North Florida Detention Center (collectively, "Respondents"), that you have the body of David Saint Remy (A042-755-783), now detained at North Florida Detention Center, under safe and secure conduct before this Court at the **United States Courthouse, 300 N. Hogan St., Courtroom 10B, Jacksonville, Florida 32202, at 10 a.m. on February 12, 2026**, or at such other time as the Court may direct, to testify, participate, and view the proceedings in this cause; and

**THIS IS TO FURTHER COMMAND**, Respondents or their designee(s), that you shall maintain continuous custody and control of the body of David Saint Remy (A042-755-783) at all times while he is being transported to and present in the United States Courthouse for proceedings in this cause; and

**THIS IS TO FURTHER COMMAND**, any United States Marshal, that although Respondents or their designee(s), shall at all times maintain custody and control of the body of David Saint Remy, you shall be present in the courtroom at all times that the body of David Saint Remy is in the courtroom and shall remain with the body of David Saint Remy at all times he is present

2

in the United States Courthouse, except when he is secured in the holding cell of the United States Marshal; and

**THIS IS TO FURTHER COMMAND**, Respondents or their designee(s), that, absent an order otherwise, the body of David Saint Remy shall be removed from the United States Courthouse at the close of each day during the pendency of these proceedings, and shall be returned to the United States Courthouse, 300 N. Hogan St., Courtroom 10B, Jacksonville, Florida 32202, at such time as the Court may direct until the conclusion of these proceedings, if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of February, 2026.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw/JAX-3 2/10
c:
Counsel of Record
Warden, North Florida Detention Center
Immigration and Customs Enforcement (via electronic service)
United States Marshal

3